# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL REEVES, | Case No.  1:20-cv-00487-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER GRANTING PLU STATUS (ECF No. 14) |
| v. | |
| DOUGHERTY, *et al.*, | ORDER EXTENDING DEADLINE FOR FILING OF AMENDED COMPLAINT |
| Defendants. | **THIRTY (30) DAY DEADLINE** |

Plaintiff Emmanuel Reeves Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff initiated this action on April 6, 2020.  (ECF No. 1.)

On August 3, 2020, the Court issued a screening order granting Plaintiff leave to file an amended complaint or a notice of voluntary dismissal within thirty days from the date of service of that order.  (ECF No. 13.)  Plaintiff's amended complaint or notice of voluntary dismissal is therefore due on or before September 7, 2020.

On August 12, 2020, Plaintiff filed a document titled "Motion for Court Documents on Active Case."  (ECF No. 14.)  Plaintiff states that he is trying to gain access to the CSP-Corcoran law library to do research on his case.  However, due to COVID-19 he is being denied access to the law library, and was told that he needs to have Priority Library Use (PLU) to gain access.  Plaintiff therefore requests that the Court grant him the necessary documents to provide to the

1

1   CSP-Corcoran law library for granting of his PLU status.  (Id.)

2       At this time, the Court declines to address whether it has jurisdiction to grant Plaintiff

3   PLU status at his institution's law library.  Instead, in light of Plaintiff's apparent difficulties

4   accessing the law library and the upcoming deadline for the filing of Plaintiff's amended

5   complaint or notice of voluntary dismissal, the Court finds it appropriate to extend the applicable

6   deadline.  If Plaintiff needs additional time to access the law library at his institution in

7   connection with a specific deadline or filing in this case, he may file a motion specifically asking

8   for an extension of that deadline or other necessary relief.  In general, however, the Court will not

9   issue orders specifically designating an inmate with PLU status at their institution.

10       Accordingly, IT IS HEREBY ORDERED as follows:

11    1. Plaintiff's motion for court documents on active case, or request for PLU status, (ECF No.

12      14), is DENIED;

13    2. The deadline for Plaintiff to file an amended complaint or notice of voluntary dismissal is

14      extended;

15    3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first

16      amended complaint curing the deficiencies identified by the Court in the August 3, 2020

17      screening order, or file a notice of voluntary dismissal; and

18    4. **If Plaintiff fails to file an amended complaint or notice of voluntary dismissal in**

19      **compliance with this order, the Court will recommend dismissal of this action, with**

20      **prejudice, for failure to obey a court order and for failure to state a claim.**

21

22   IT IS SO ORDERED.

23    Dated:   **August 14, 2020**       /s/ *Barbara A. McAuliffe* _

24                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28